**Opinion issued August 29, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00403-CV

_____

**JENNIFFER MONTERROSO, Appellant**

**V.**

**HOUSTON INDEPENDENT SCHOOL DISTRICT, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-74012**

---

## MEMORANDUM OPINION

Appellant Jenniffer Monterroso has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208,

51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 24-9047).  On July 24, 2024, the Court issued a notice, advising appellant that failure to pay the fee for the clerk's record could result in dismissal of this appeal.  *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case).  Appellant failed to respond to our notice and no clerk's record has been filed.

Accordingly, we dismiss the appeal.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.